**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

FILED

JUL 2 1 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:14-cr-00116

CHADWICK J. LUSK,

                Defendant.


**WRITTEN PLEA OF GUILTY**


In the presence of Thomas W. Smith, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.


DATE: _____7-21-2014_____          _____
                                      DEFENDANT


                                      WITNESS:

                                      _____
                                      COUNSEL FOR DEFENDANT