**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CRIMINAL NO. 2:14-cr-00116

CHADWICK J. LUSK

## MOTION FOR CONTINUANCE

The defendant, Chadwick J. Lusk, by and through his counsel, Thomas W. Smith Esq., hereby moves this Court for an order continuing the sentencing hearing in the above-styled matter from the presently set date of October 14, 2014 to a date two weeks hence, or as soon thereafter as the Court may deem appropriate.

As grounds for this motion, the defendant avers that his counsel experienced a house fire on September 16, 2014, wherein all of counsel's personal property, other than his dog, cell phone, certain family pictures and the clothes he was wearing, were destroyed.

Counsel is also in the midst of purchasing a new residence.

Owing to the pervasive disruptions that these events have occasioned, counsel is unable to timely prepare this case under the current schedule ordered by this Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　<u>Chadwick J. Lusk</u>
　　　　　　　　　　　　　　　　　By counsel


<u>s/Thomas W. Smith</u>
Thomas W. Smith, Esq.(W.Va. Bar # 3490)
Attorney at Law, PLLC
405 Capitol Street, Suite 701
Charleston, WV 25301
Tel:  304-340-9911
Fax: 304-340-9915
<u>tomsmithwv@gmail.com</u>