```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                          CRIMINAL NO. 2:14-00116

**CHADWICK J. LUSK**

## MOTION TO FILE RULE 12.4 DISCLOSURE STATEMENT

Comes now the United States of America, by Meredith George Thomas, Assistant United States Attorney for the Southern District of West Virginia. The United States recently realized it inadvertently failed to file the required Federal Rule of Criminal Procedure 12.4 Disclosure Statement identifying the organizational victim of criminal activity in this case. Undersigned counsel apologizes for this oversight.

As this Court is aware, and as the Information filed in this case explained, Arch Coal is the victim of the alleged criminal activity in this case. However, the United States seeks to formally notify the Court of the organizational victim in accordance with Rule 12.4, although belatedly, and out of an abundance of caution.

        Respectfully submitted,

        R. BOOTH GOODWIN II
        United States Attorney

By:   s/Meredith George Thomas
        MEREDITH GEORGE THOMAS
        Assistant United States Attorney
        WV State Bar No. 10596
        300 Virginia Street, East
        Room 4000
        Charleston, West Virginia 25301
        Telephone:  304-345-2200
        Fax:  304-347-5104
        E-mail:  meredith.thomas@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "MOTION TO FILE RULE 12.4 DISCLOSURE STATEMENT" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 30th day of October, 2014 to:

>Thomas W. Smith, Esquire
>405 Capitol Street
>Suite 701
>Charleston, West Virginia 25301

>s/Meredith George Thomas
>MEREDITH GEORGE THOMAS
>Assistant United States Attorney
>WV State Bar No. 10596
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>E-mail: meredith.thomas@usdoj.gov

3