```
        IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:14-00116

**CHADWICK J. LUSK**

### RULE 12.4 DISCLOSURE STATEMENT

Pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, the United States discloses that Arch Coal, Inc. is a victim of the offense charged in this Information. There is no parent corporation and no publicly held corporation owns ten percent or more of its stock. This corporation is identified in the Information.

```
                        Respectfully submitted,

                        R. BOOTH GOODWIN II
                        United States Attorney

                   By:  s/Meredith George Thomas
                        MEREDITH GEORGE THOMAS
                        Assistant United States Attorney
                        WV State Bar No. 10596
                        300 Virginia Street, East
                        Room 4000
                        Charleston, West Virginia 25301
                        Telephone:  304-345-2200
                        Fax:  304-347-5104
                        E-mail: meredith.thomas@usdoj.gov
```