IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL NO. 2:14-00116**

**CHADWICK J. LUSK**

### MOTION FOR REJECTION OF DEFENDANT'S GUILTY PLEA

Comes now the United States of America, by Meredith George Thomas, Assistant United States Attorney for the Southern District of West Virginia, and Defendant Chadwick Lusk, by counsel, and respectfully submit this Motion for a Rejection of Defendant's Guilty Plea.

The United States and defendant Chadwick Lusk concede that, based upon the Memorandum Opinion and Order entered in <u>United States v. James H. Evans</u>, Criminal No. 2:14-cr-00113, ECF 23, as well as the Order entered in this case, ECF 22, this Court will not be able to find a factual basis to support Defendant's guilty plea, as the defendant was an employee of the Mingo Logan Coal Company and the Information alleges that Mr. Lusk participated in a scheme to deprive Arch Coal of the honest services of Mr. Lusk. Furthermore, Mr. Lusk's relationship with Arch Coal was through his employment at Mountain Laurel and the Mingo Logan Coal Company. In light of this information, the

United States and Mr. Lusk respectfully request that the Court reject the defendant's guilty plea.

>
> Respectfully submitted,
>
> R. BOOTH GOODWIN II
> United States Attorney
>
> By:
> /s/Meredith George Thomas
> MEREDITH GEORGE THOMAS
> Assistant United States Attorney
> WV Bar No.10596
> 300 Virginia Street, East
> Room 4000
> Charleston, WV 25301
> Telephone:  304-345-2200
> Fax:  304-347-5104
> Email: meredith.thomas@usdoj.gov
>
>
> /s/Thomas W. Smith
> Thomas W. Smith, Esquire
> WV Bar No. 3490
> 405 Capitol Street
> Suite 701
> Charleston, West Virginia 25301
> Telephone: 304-340-9911
> Fax: 304-340-9915
> Email: tomsmithwv@gmail.com

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "MOTION FOR REJECTION OF DEFENDANT'S GUILTY PLEA" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 8th day of May, 2015, to:

    Thomas W. Smith, Esquire
    405 Capitol Street
    Suite 701
    Charleston, West Virginia 25301

    /s/Meredith George Thomas
    MEREDITH GEORGE THOMAS
    Assistant United States Attorney
    WV Bar No.10596
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: meredith.thomas@usdoj.gov